IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CIVIL ACTION NO. 4:07CR000159-MPM-EMB

WILLIAM GUILLORY (5)

**ORDER**

**BEFORE THE COURT** is Defendant William Guillory's Motion to Modify Conditions of Release (dckt. entry #107). Defendant seeks an order eliminating the condition that he be required to wear an electronic monitoring device as specified in this Court's Order of October 4, 2007 [dckt. entry #51]. That Order further required that Defendant's travel be restricted to the Northern District of Texas and to the Northern District of Mississippi and that Defendant be placed in the custody of and reside with his parents. Because Defendant has failed to show any reason why this Court should modify its previous Order and in an effort to ensure Defendant's compliance with other conditions of release, the instant Motion is hereby **DENIED**.

**SO ORDERED** this 6th day of March, 2008.

/s/ Eugene M. Bogen
**U. S. MAGISTRATE JUDGE**