# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**V.**                              **CASE NUMBER 4:07CR159**

**WILLIAM GUILLORY**

### ORDER DENYING MOTION FOR TEMPORARY RELEASE FROM CUSTODY

Presently before the Court is the Defendant's motion for temporary release to allow the defendant to attend his grandfather's funeral services. The Court finds that this motion is not well-taken and should be denied.

This the 24th day of March, 2010.

**/s/ MICHAEL P. MILLS**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**